IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-21044
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDGARDO GARCIA CASTELLANOS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-417-1
--------------------
August 23, 2001

Before KING, Chief Judge, and POLITZ and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Edgardo
Garcia Castellanos has moved for leave to withdraw and has filed
a brief as required by Anders v. California, 386 U.S. 738 (1967).
Castellanos has received a copy of counsel's motion and brief,
but has not filed a response.  Our independent review of the
brief and the record discloses no nonfrivolous issue.
Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.